## BOERNER, DENNIS & FRANKLIN, PLLC
### ATTORNEYS AT LAW

**MARK W. HARMON**

Direct Dial: (806) 535-1319
mwharmon@bdflawfirm.com

Telephone: (806) 763-0044
Facsimile: (806) 763-2084
www.bdflawfirm.com

Mailing Address:
P. O. Box 1738
Lubbock, Texas 79408

Physical Address:
920 Avenue Q
Lubbock, Texas 79401



March 31, 2015

**VIA FEDERAL EXPRESS**
Christopher A. Prine
Clerk of the Court
Court of Appeals
FIRST DISTRICT
301 Fannin Street
Houston, Texas 77002-2066

> Re:   *Tanya L. McCabe Trust, McCabe Family Trust, and The Rochford Living Trust v. Ranger Energy, LLC; Court of Appeals Number: 01-15-00044-CV*

Dear Mr. Prine:

Enclosed pleased our firm check in the amount of $1.00 and a Federal Express return envelope. Please forward to me a copy of the Clerk's Record filed in the above-entitled and numbered appeal.

Thank you for your time and attention to this matter.

Cordially yours,

BOERNER, DENNIS & FRANKLIN, PLLC

Mark W. Harmon

MWH; lac